UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANICE HALL,<br><br>                     Plaintiff,<br><br>    -against-<br><br>CHILD SUPPORT INFORCEMENT (CSU);<br>LAMONT JOHNSON; JUDGE FREDA,<br><br>                     Defendants. | 24cv2444 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 28, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  May 28, 2024
        New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge